RECEIVED
WILLIAM T. WALSH, CLERK

2005 JUN 21 A 10: 33

UNITED STATES
DISTRICT COURT

**GAYLORD, YUSKA & RUBINSTEIN, L.L.C.,**
1230 Parkway Avenue, Suite 101
Trenton, NJ 08628
(609) 771-8611
Attorneys for Defendant

| | |
|---|---|
| **United States of America,** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| Plaintiff, | ~~CIVIL ACTION NO.: 02-3500-01~~<br>CR 03 cr 86 _CIVIL ACTION_ |
| vs. | |
| **John George Habenstein,** | |
| Defendant. | **Consent Order for Early Termination of Supervised Release** |

    THE MATTER having been presented to the Court on application of Gaylord, Yuska & Rubinstein, LLC, attorneys for petitioner/defendant, John Habenstein, for an Order for early termination of supervised release and the Court having been advised that the parties consent to the form and entry hereto and for good cause shown:

    It is on this __21__ day of __June__ 2005 Ordered and adjudged as follows:

1. Petitioner John Habenstein was sentenced in August 2003 to serve 30 days incarceration at the Federal Correctional Institute at Butner, North Carolina and having served his term of incarceration was placed on home detention for an additional five (5) months;

2. Petitioner John Habenstein having served and complied with his term of home detention was placed on 3 years supervised probation;

3. Petitioner John Habenstein having served at least one half of his supervised release has made application for early termination of same;

4. The United States Attorneys Office, Assistant United States Attorney Matthew Boxer appearing, has reviewed said petition, reviewed same with the United States Probation Office and consents to petitioner's application for early termination of supervised release;

5. John Habenstein's application for early termination of supervised release is hereby granted;

6. A copy of this Order shall be served on all counsel of record within __10__ days of the date of this order.

_____
William G. Bassler, U.S.D.J.

Consented as to form and entry

United States Attorney's Office

By: _____
Matthew Boxer

Gaylord, Yuska & Rubinstein, L.L.C.

By: _____
George F. Yuska